```
                  UNITED STATES DISTRICT COURT
                    DISTRICT OF MASSACHUSETTS


UNITED STATES OF AMERICA

vs.                                        Criminal No. 07-10440-WGY

STEPHEN O'BRIEN




   SENTENCING EXCERPT
   SEPTEMBER 3, 2008




       BEFORE:   The Honorable William G. Young




     John J. Moakley United States Courthouse
                   Courtroom No. 18
                   1 Courthouse Way
                   Boston, MA 02210




                   Helana E. Kline, RPR, CRR
                    Official Court Reporter
             John J. Moakley United States Courthouse
                1 Courthouse Way, Room 3507
                      Boston, MA  02210
             Mechanical Steno - Transcript by Computer
```

```
 1                      P R O C E E D I N G S
 2          THE COURT:  Thank you.  Mr. Stephen O'Brien, in
 3    consideration of the offense of which you stand convicted,
 4    the criteria of 18 United States Code, Section 1365(a), from
 5    the information from the United States attorney, your
 6    attorney, the probation office, and yourself, this court
 7    places you on two years probation.
 8       The court requires that the first six months of that
 9    probationary period be served in home arrest without
10    electronic monitoring.
11       You will be permitted to leave your home only for these
12    purposes and no others:  you can go to work and take the
13    time necessary to go directly to work and come directly home.
14    You may shop for necessities.  That means clothing and food.
15    You may go to medical appointments.  You may assist those
16    with whom you live to go to medical appointments.  You may
17    attend religious services and go directly there and directly
18    back.
19       For six months other than those things, and no others,
20    you'll be in the house, in the house, not running around the
21    yard, in the house.  There will be no fine given your
22    financial status, the required assessment of $100?
23             THE PROBATION OFFICER:  That's right, your Honor.
24             THE COURT:  A $100 special assessment is imposed
25    upon you.  The court rules that you are a Category II
```

```
 1    offender.  These are not single crimes; they are individual
 2    crimes.
 3         At the same time, I am departing downward, because,
 4    though, I view them seriously, they overstate the level of
 5    your criminality; and all things considered, a departure is
 6    both warranted, and I take the responsibility for departing.
 7         Now, having said that, I'll tell you what I think:  I
 8    think you've got a problem with acting out.  I think that was
 9    the problem with this prior girlfriend, and I think that's
10    the problem that led you to where you are now.
11         This acting out, heedless of the consequences, has now
12    resulted in your conviction of a federal crime.  Because of
13    your circumstances and because rehabilitation, where
14    appropriate, ought to be one of the leading goals of
15    criminal sentencing, I give you a chance to rehabilitate
16    yourself, to hang onto your job, to become the productive
17    citizen that, in fact, I know you can be.
18         At the same time, you have these three crimes on your
19    record; all of them the result of your acting out in a --
20    it's more than foolish:  assault and battery, violating a
21    court's restraining order, for the protection of another
22    individual, subjecting the public to the risk of serious
23    injury; that's more than foolish.  That's why the law calls
24    those things criminal.  That's intolerable.
25         I'll take the responsibility for this sentence, like I
```

```
 1   take the responsibility for all sentences, make no mistake,
 2   this is it, you say you'll never be in trouble with the
 3   police again; that better be true.
 4           THE DEFENDANT:  No, it is.  It will be.
 5           THE COURT:  It better be because I will tell you no
 6   judge is going to look at the record you have now and cut
 7   you the slack that I have cut you hear.
 8       So understand that, you have the right to appeal from
 9   any findings or rulings the court has made against you.
10   Should you appeal and should your appeal be successful in
11   whole or in part, the case remanded, you will be resentenced
12   before another judge.
13       Now, that's the sentence of the court.  All right, we're
14   recessed.
15           THE DEFENDANT:  Thank you, your Honor.
16           THE CLERK:  All rise....
17           (Whereupon, the proceedings concluded at 2:35 p.m.)
18
19
20
21
22
23
24
25
```